UNITED STATES of America,
Plaintiff–Appellee,

v.

Terrance Lacliffe BROWN,
Defendant–Appellant.

No. 14–14089
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 7, 2016.

Mark Dispoto, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Michael E. Gilfarb, Francisco Raul Maderal, Jr., Kathleen Mary Salyer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

David A. Donet, Jr., Donet McMillan & Trontz, PA, Coconut Grove, FL, for Defendant–Appellant.

Before WILSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

David A. Donet, Jr., appointed counsel for Terrance Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence is **AFFIRMED**.